# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1866

_____

United States of America,                    *
                                             *
            Appellee,                        *    Appeal from the United States
                                             *    District Court for the Eastern
    v.                                       *    District of Arkansas.
                                             *
Cecil Eugene Schultz, Sr.,                   *         [UNPUBLISHED]
                                             *
            Appellant.                       *

_____

Submitted:  December 19, 2005
    Filed:  December 21, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

    Cecil Eugene Schultz, Sr. appeals the 120-month sentence the district court[*] imposed after Schultz pleaded guilty to a drug-conspiracy charge. Shultz argues an evidentiary hearing is necessary to determine if his coconspirators had indeed pleaded guilty when the government denied him an opportunity to earn a substantial-assistance reduction by providing information. We conclude Schultz failed to make a substantial threshold showing that the government's refusal was "irrational, in bad faith, or based on an unconstitutional motive." See <u>United States v. Davis</u>, 397 F.3d 672, 676 (8th

_____

[*]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

Cir. 2005) (per curiam) (quoting <u>United States v. Lincona-Lopez</u>, 163 F.3d 1040, 1042) (1998)).  Accordingly, we affirm.

_____